IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERCY L. GODFREY, JR., )<br>            Plaintiff, )<br>                    )<br>vs.                      )<br>                        )<br>                        )<br>OFFICER MARC ANTHONY ADAMO, )<br>*party/agency of Mercer County,* )<br>*Pennsylvania in his official and individual* )<br>*Capacity*; CORPORAL MARK JOHNSON, )<br>*party/agency of Mercer County,* )<br>*Pennsylvania in his official and individual* )<br>*Capacity;* THE CITY OF SHARON )<br>PENNSYLVANIA POLICE )<br>DEPARTMENT, )<br>            Defendants. ) | Civil Action No. 13-719<br>Judge Terrence F. McVerry/<br>Magistrate Judge Maureen P. Kelly<br><br><br><br><br><br><br>Re: ECF Nos. 29 and 37 |

# **O R D E R**

AND NOW, this 15th day of July, 2014, after Plaintiff, Percy L. Godfrey, Jr., filed an action in the above-captioned case, and after the cross-motions for summary judgment were filed by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until June 27, 2014, to file written objections thereto, and upon consideration of the objections filed by Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment, ECF No. 29, is denied, and Defendants' Motion for Summary Judgment, ECF No. 37, is granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

/s/ Terrence F. McVerry
Terrence F. McVerry
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Percy L. Godfrey, Jr.
KY-4638
SCI Mercer
801 Butler Pike
Mercer, PA 16137-5653

All Counsel of Record Via CM-ECF